THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEPSI-COLA SALES AND DISTRIBUTION, INC., <br><br> Defendant. | CASE NO. C21-0106-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to respond to the complaint (Dkt. No. 7). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Defendant's deadline to respond to the complaint to March 11, 2021.

DATED this 3rd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
