THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C21-0106-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PEPSI-COLA SALES AND DISTRIBUTION, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to respond to the complaint (Dkt. No. 18). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Defendant's deadline to respond to the complaint to May 20, 2021.

This the parties' sixth motion for an extension of time. Should the parties need an additional extension to attempt to resolve this matter, the Court encourages the parties to request the amount of time the parties realistically require to attempt to resolve the case rather than seeking a short extension and filing a new extension motion every two weeks.

//

DATED this 7th day of May 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
